HAMILTON, Senior Circuit Judge,
concurring:
For the reasons expressed by the court today, I agree with the court that Sergeant Atkins is entitled to qualified immunity because, notwithstanding the factual inaccuracies in Sergeant Atkins’ report, an objective law enforcement officer reasonably could have believed that probable cause existed for the arrest of Isidro. Therefore, I join the court’s opinion.
I write separately only to express my disdain for Sergeant Atkins’ inclusion of the material factual inaccuracies, described in Footnote 2 of the court’s opinion, in his report. These material factual inaccuracies, which dealt with. the heart of the State’s case, i.e., whether Isidro murdered his first wife, should not have been in Sergeant Atkins’ report. While the presence of these material factual inaccuracies in the report do not prevent Sergeant Atkins from invoking qualified immunity, it is' nevertheless a .disturbing commentary on the manner in which law enforcement activities are conducted in Cumberland County, North Carolina.